**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Treasure Valley Revival LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Boise Carpentry & Handyman Service** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1907992** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6432 W. Oreana Drive** <br> **Boise, ID 83709** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ada** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Treasure Valley Revival LLC**                                    Case number (*if known*) _____
       Name

---

**7.**    **Describe debtor's business**    A. *Check one:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Railroad (as defined in 11 U.S.C. § 101(44))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   Clearing Bank (as defined in 11 U.S.C. § 781(3))

■   None of the above

B. *Check all that apply*

☐   Tax-exempt entity (as described in 26 U.S.C. §501)

☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐   Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_\_

---

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■   Chapter 7

☐   Chapter 9

☐   Chapter 11. *Check **all** that apply:*

    ☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐   The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐   A plan is being filed with this petition.

    ☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐   Chapter 12

---

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■   No.

☐   Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| Debtor | **Treasure Valley Revival LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11.** **Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

▮ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Treasure Valley Revival LLC**
Name                                                                                      Case number (*if known*)

- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Treasure Valley Revival LLC**                                          Case number (*if known*) _____
         <sub>Name</sub>

| | |
|---|---|
| ▮ | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 22, 2024**
              MM / DD / YYYY

**X /s/ Ronald Lee Alexander**                    **Ronald Lee Alexander**
Signature of authorized representative of debtor   Printed name

Title   **Manager**

**18. Signature of attorney**

**X /s/ Janine P Reynard**                    Date   **May 22, 2024**
Signature of attorney for debtor                     MM / DD / YYYY

**Janine P Reynard 6030**
Printed name

**Avery Law**
Firm name

**770 S Woodruff Ave**
**Idaho Falls, ID 83401**
Number, Street, City, State & ZIP Code

Contact phone   **208-639-9400**      Email address   **Janine@averylaw.net**

**6030 ID**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Treasure Valley Revival LLC**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**May 22, 2024**__     X */s/ Ronald Lee Alexander*
                                      Signature of individual signing on behalf of debtor

                                      **Ronald Lee Alexander**
                                      Printed name

                                      **Manager**
                                      Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name **Treasure Valley Revival LLC**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................    $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................    $ _____3,770.23

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................    $ _____3,770.23

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____235,148.00

4.  Total liabilities ....................................................................................................................
   Lines 2 + 3a + 3b                                                                                               $ _____235,148.00

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Treasure Valley Revival LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** **Checking, savings, money market, or financial brokerage accounts** (Identify all) | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **CapEd Credit Union x0000** | **Basic Business Savings** | 0000 | $89.83 |
| 3.2. **CapEd Credit Union x0110** | **Basic Business Checking** | 0110 | $179.99 |
| 3.3. **CapEd Credit Union x0111** | **Basic Business Checking** | 0111 | $4.59 |
| 3.4. **Paypal not used since March 2023)** | **Other Financial Account** | | $0.00 |
| **4.** **Other cash equivalents** (Identify all) | | | |
| 4.1. **Venmo account** | | | $0.00 |
| 4.2. **Monies held by and/or owed to the business by the IRS (ERC refunds) [collectibility unlikely]** | | | $3,495.82 |

| Debtor | **Treasure Valley Revival LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $3,770.23 |
|---|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Treasure Valley Revival LLC**_____   Case number *(If known)* _____
          Name

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Treasure Valley Revival LLC**                                    Case number *(If known)* _____
<u>Name</u>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,770.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,770.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,770.23 |

**Fill in this information to identify the case:**

Debtor name      **Treasure Valley Revival LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **Treasure Valley Revival LLC**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Idaho State Tax Commission**<br>**PO Box 36**<br>**Boise, ID 83722** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**year end payroll taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br>**IRS**<br>**Centralized Insolvency Opera**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**year end payroll taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Treasure Valley Revival LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BIG Circle Properties, LLC**
**Asset Manager**
**22551 San Vicente Ave**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2022**

**Basis for the claim:  3 year real property lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bottom Line Concepts**
**3323 NE 163rd St**
**Suite 302**
**North Miami Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Consulting agreement re ERC (claim entitlement 30% of ERC refunds)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,000.00** |
|---|---|---|---|

**Brickell Diversified LLC**
**d/b/a London Olive Capital**
**701 Brickell Key Blvd CU-02**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Funding**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Capybara Capital**
**6501 Congress Ave, Ste 140**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2023**

**Basis for the claim:  Merchant Cash Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,080.00** |
|---|---|---|---|

**Costco Citi Card**
**Attn: Bankruptcy**
**PO Box 6500**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened 08/21 thru 11/05/23**

**Basis for the claim:  business purchases**

Last 4 digits of account number  **8226**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58,000.00** |
|---|---|---|---|

**Credibly of Arizona LLC**
**1501 W Fountainhead Pkwy**
**Ste 630**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2023**

**Basis for the claim:  Merchant Cash Advance; judgment recently entered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,000.00** |
|---|---|---|---|

**Home Depot**
**PO Box 790328**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **opened September 2016**

**Basis for the claim:  business credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Treasure Valley Revival LLC**                                    Case number *(if known)* _____
         Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |
|---|---|---|---|

**Idaho State Insurance Fund**
**1215 W. State St.**
**Boise, ID 83720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **opened May 2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Olympus Lending**
**2225 East Murray Holladay Rd**
**Ste 114**
**Salt Lake City, UT 84117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Line of Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,440.00 |
|---|---|---|---|

**On Deck**
**4700 W. Daybreak Pkwy**
**Ste 200**
 **UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2021**

Basis for the claim:  **Line of Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,508.00 |
|---|---|---|---|

**On Deck**
**4700 W Daybreak Pkwy**
**Ste 200**
 **UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Term Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Ontrack Funding, LLC**
**1413 Avenue J**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Funding**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SBA**
**409 3rd Street SW**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Loan, never received funds**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,700.00 |
|---|---|---|---|

**Sparklight**
**8400 Westpark St**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2022**

Basis for the claim:  **3 year internet contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Treasure Valley Revival LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** Nonpriority creditor's name and mailing address

**Strategic Turnaround LLC**
**50 Harrison Street**
**Suite 109**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16** Nonpriority creditor's name and mailing address

**Synchrony Bank/Lowes**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

Date(s) debt was
incurred  **opened 06/21 thru 11/07/23**

Last 4 digits of account number  **2031**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business charges/credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$1,960.00**

---

**3.17** Nonpriority creditor's name and mailing address

**Synchrony Bank/Lowes**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

Date(s) debt was
incurred  **opened 06/21 thru 11/07/23**

Last 4 digits of account number  **2031**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$1,960.00**

---

**3.18** Nonpriority creditor's name and mailing address

**The LCF Group**
**3000 Marcus Ave, Ste 2W15**
**New Hyde Park, NY 11042**

Date(s) debt was incurred  **April 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$17,000.00**

---

**3.19** Nonpriority creditor's name and mailing address

**Verizon Wireless**
**500 Technology Drive Ste 550**
**Saint Charles, MO 63304**

Date(s) debt was incurred  **Summer 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **cellphone, android pad, cell service; 2 year contract for business**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.20** Nonpriority creditor's name and mailing address

**Western Community Insurance**
**275 Tierra Vista Dr**
**PO Box 4848**
**Pocatello, ID 83205-4848**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **3401**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business insurance**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

| Debtor | Treasure Valley Revival LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adam Feldman**<br>**Feldman Law Firm, PC**<br>**3000 Marcus Ave, Ste 2W15**<br>**New Hyde Park, NY 11042** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Brown & Jopseph**<br>**One Pierce Place**<br>**Ste 700**<br>**Itasca, IL 60143** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Brown & Joseph, LLC**<br>**PO Box 249**<br>**Itasca, IL 60143** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Colliers International Boise**<br>**755 W Front St, Ste 300**<br>**Boise, ID 83702** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Credit Collection Services**<br>**725 Canton Street**<br>**Norwood, MA 02062** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Department of Treasury**<br>**PO Box 830794**<br>**Birmingham, AL 35283** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Home Depot**<br>**Dept 32-2229380969**<br>**PO Box 9001030**<br>**Louisville, KY 40290** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Laraib Mughal, Esq.**<br>**1501 W Fountainhead Pkwy**<br>**Ste 630**<br>**Tempe, AZ 85282** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **United States Attorney**<br>**District of Idaho**<br>**1290 W. Myrtle St STE 500**<br>**Boise, ID 83702** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 235,148.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 235,148.00 |

**Fill in this information to identify the case:**

Debtor name    **Treasure Valley Revival LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **3 year office space lease -- REJECT** | |
| State the term remaining — **2 years** | **Colliers Property Management** |
| List the contract number of any government contract — | **755 W. Front Street**<br>**Ste 300**<br>**Boise, ID 83702** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **3 year internet service provider -- REJECT** | |
| State the term remaining — **2 years** | |
| List the contract number of any government contract — | **Sparklight**<br>**8400 Westpark St**<br>**Boise, ID 83704** |

| Fill in this information to identify the case: |
|---|
| Debtor name      **Treasure Valley Revival LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF IDAHO |
| Case number (if known)    _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Ronald L Alexander | 6432 W Oreana Sr Boise, ID 83709 | Capybara Capital | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.2 | Ronald L Alexander | 6432 W Oreana Sr Boise, ID 83709 | BIG Circle Properties, LLC | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.3 | Ronald L Alexander | 6432 W Oreana Sr Boise, ID 83709 | Credibly of Arizona LLC | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.4 | Ronald L Alexander | 6432 W Oreana Sr Boise, ID 83709 | Home Depot | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.5 | Ronald L Alexander | 6432 W Oreana Sr Boise, ID 83709 | Idaho State Insurance Fund | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |

Debtor    **Treasure Valley Revival LLC**                                    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.6 | Ronald L Alexander | 6432 W Oreana Sr Boise, ID 83709 | Olympus Lending | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | Ronald L Alexander | 6432 W Oreana Sr Boise, ID 83709 | On Deck | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.8 | Ronald L Alexander | 6432 W Oreana Sr Boise, ID 83709 | On Deck | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.9 | Ronald L Alexander | 6432 W Oreana Sr Boise, ID 83709 | Sparklight | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.10 | Ronald L Alexander | 6432 W Oreana Sr Boise, ID 83709 | Synchrony Bank/Lowes | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.11 | Ronald L Alexander | 6432 W Oreana Sr Boise, ID 83709 | The LCF Group | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Treasure Valley Revival LLC**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $520,581.00 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $792,224.00 |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For the fiscal year:**<br>From  **1/01/2021** to **12/31/2021** | **PPP Loan** | $21,104.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Treasure Valley Revival LLC**                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **CapEd** **PO Box 570** **Meridian, ID 83680** | **April 9, 2024** | **$8,291.40** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **sale of van, secured debt paid off** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Credibly of Arizona  LLC v. Treasure Valley Revival LLC, Ronald Keane** **CV2023-009008** | **collection action** | **Maricopa County Courthouse** **201 W. Jefferson Street** **Phoenix, AZ 85003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **The LCF Group, Inc. v. Treasure Valley Revival LLC dba Boise Carpentry & Handyman Service and Ronald Alexander** **610239/2023** | **collection matter** | **Nassau County Supreme Court** **100 Supreme Court Drive** **Mineola, NY 11501** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

| Debtor | **Treasure Valley Revival LLC** | Case number *(if known)* | |
|---|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2022 Big Tex utility trailer stolen from in front of house on Oreana Drive, Boise** | **$5400.00 from Farm Bureau Insurance** | **June 2022** | **$5,400.00** |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Avery Law<br>3090 Gentry Way<br>Suite 250<br>Meridian, ID 83642** | **$338.00 Filing Fee<br>$2,162.00 Attorney's Fees** | **May 3, 2024** | **$2,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

Debtor    **Treasure Valley Revival LLC**                                    Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Tim Cella** **Boise, ID** | **1994 Wells Fargo Trailer, sold via Craigslist** | **Feb 17, 2024** | **$2,700.00** |
| | Relationship to debtor **none** | | | |
| 13.2. | **Idaho Remarketing LLC** **Attn: Zack Zeko** **5225 W Irving** **Boise, ID 83706** | **2018 GMC Savana 2500; CapEd secured debt paid off; buyer was a used car dealership** | **4/09/2024** | **$16,700.00** |
| | Relationship to debtor **None** | | | |
| 13.3. | **Main Street Auction** **2912 W Main Street** **Boise, ID 83702** | **miscellaneous office equipment inlcuding filing cabinets, computer with specialized computer programs (AutoCad, etc), dual monitors, printer, stand-up desk, several other desks, 3 office chairs, large cabinets, shelving; materials/inventory used in business estimated auctin sale price $1200; debtor received $803** | **May 2024** | **$1,200.00** |
| | Relationship to debtor **none** | | | |

---

**Part 7:** **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **256 S Cole Road** **Boise, ID 83709** | **2022-2023** |
| 14.2. | **6432 W Oreana Dr** **Boise, ID 83709** | **2020-2021** |

---

**Part 8:** **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Treasure Valley Revival LLC**    Case number *(if known)* _____

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Debtor    **Treasure Valley Revival LLC**                                    Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Stor-N-Lock Storage<br>1250 S. Orchard St.<br>Unit 8012<br>Boise, ID 83705 | Ronald L. Alexander | Computer, monitors, printer, file cabinet, 2 interior doors, desk, vainty cabinet, 2 spools of electrical wire, rolling table, tile grout tray with tile tools, Weedi board, rubber coat base, shop va, paint, adhesive, stuco, chain and fence, drawing file cabinet, range hood vent, stair and handle pieces, newel post and oak, crates, ship wood, base board, bags of grout, mortat mix, filing cabinets, ladders, steel cable, misc tools, 3 phase converter, electrical tool box, socket set, counter tops. | ■ No<br>☐ Yes |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor    **Treasure Valley Revival LLC**                                    Case number *(if known)* _____

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Riverside Accounting**<br>**Attn Elizabeth Otander CPA**<br>**State Street**<br>**Boise, ID 83703** | **2021-2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Elizabeth Otander CPA**<br>**Middleton Tax CPA** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No

    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Treasure Valley Revival LLC**                                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Ronald Lee Alexander | | Manager | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Ronald Lee Alexander | Approx $2000 in draws to wind up business matters | 2024 | wind up business, prepare for bankruptcy filing |
| | **Relationship to debtor** Manager | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    **Treasure Valley Revival LLC**                                    Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 22, 2024**

**/s/ Ronald Lee Alexander**                                    **Ronald Lee Alexander**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**District of Idaho**

In re   **Treasure Valley Revival LLC**                                                Case No.
                                                    Debtor(s)            Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **May 22, 2024**                    **/s/ Ronald Lee Alexander**

                                                **Ronald Lee Alexander/Manager**
                                                Signer/Title

Adam Feldman
Feldman Law Firm, PC
3000 Marcus Ave, Ste 2W15
New Hyde Park, NY 11042


BIG Circle Properties, LLC
Asset Manager
22551 San Vicente Ave
San Jose, CA 95125


Bottom Line Concepts
3323 NE 163rd St
Suite 302
North Miami Beach, FL 33160


Brickell Diversified LLC
d/b/a London Olive Capital
701 Brickell Key Blvd CU-02
Miami, FL 33131


Brown   Jopseph
One Pierce Place
Ste 700
Itasca, IL 60143


Brown   Joseph, LLC
PO Box 249
Itasca, IL 60143


Capybara Capital
6501 Congress Ave, Ste 140
Boca Raton, FL 33487


Colliers International Boise
755 W Front St, Ste 300
Boise, ID 83702

```
Colliers Property Management
755 W. Front Street
Ste 300
Boise, ID 83702


Costco Citi Card
Attn: Bankruptcy
PO Box 6500
Sioux Falls, SD 57117


Credibly of Arizona LLC
1501 W Fountainhead Pkwy
Ste 630
Tempe, AZ 85282


Credit Collection Services
725 Canton Street
Norwood, MA 02062


Department of Treasury
PO Box 830794
Birmingham, AL 35283


Home Depot
PO Box 790328
Saint Louis, MO 63179


Home Depot
Dept 32-2229380969
PO Box 9001030
Louisville, KY 40290


Idaho State Insurance Fund
1215 W. State St.
Boise, ID 83720


Idaho State Tax Commission
PO Box 36
Boise, ID 83722
```

```
IRS
Centralized Insolvency Opera
PO Box 7346
Philadelphia, PA 19101


Laraib Mughal, Esq.
1501 W Fountainhead Pkwy
Ste 630
Tempe, AZ 85282


Olympus Lending
2225 East Murray Holladay Rd
Ste 114
Salt Lake City, UT 84117


On Deck
4700 W. Daybreak Pkwy
Ste 200
UT 84009


On Deck
4700 W Daybreak Pkwy
Ste 200
UT 84009


Ontrack Funding, LLC
1413 Avenue J
Brooklyn, NY 11230


Ronald L Alexander
6432 W Oreana Sr
Boise, ID 83709


SBA
409 3rd Street SW
Washington, DC 20416
```

```
Sparklight
8400 Westpark St
Boise, ID 83704


Strategic Turnaround LLC
50 Harrison Street
Suite 109
Hoboken, NJ 07030


Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


The LCF Group
3000 Marcus Ave, Ste 2W15
New Hyde Park, NY 11042


United States Attorney
District of Idaho
1290 W. Myrtle St STE 500
Boise, ID 83702


Verizon Wireless
500 Technology Drive Ste 550
Saint Charles, MO 63304


Western Community Insurance
275 Tierra Vista Dr
PO Box 4848
Pocatello, ID 83205-4848
```

# United States Bankruptcy Court
## District of Idaho

In re **Treasure Valley Revival LLC**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Treasure Valley Revival LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 22, 2024**

Date

**/s/ Janine P Reynard**

**Janine P Reynard 6030**

Signature of Attorney or Litigant

Counsel for **Treasure Valley Revival LLC**

**Avery Law**
**770 S Woodruff Ave**
**Idaho Falls, ID 83401**
**208-639-9400**
**Janine@averylaw.net**